UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, et al.,<br><br>Defendants. | Case No. 20-cv-03703-RS<br><br>**ORDER DENYING SEALING MOTIONS, WITHOUT PREJUDICE** |

In connection with the pending substantive motions, the parties have filed a number of sealing motions. By stipulated orders, the parties have obtained additional time to negotiate an agreement for a single proposed narrowly tailored order that will address all sealing issues. For administrative purposes, the pending motions will be terminated without prejudice to an order to be entered following the conclusion of the parties' negotiations.

**IT IS SO ORDERED**.

Dated: March 20, 2023

RICHARD SEEBORG
Chief United States District Judge