UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., | Case No. 20-cv-03703-RS |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ROBERT F. KENNEDY JR., et al., | |
| Defendants, | |
| and | |
| ELANCO ANIMAL HEALTH, | |
| Intervenor-Defendant. | |

Pursuant to the order granting defendants' motions for summary judgment filed this date, judgment is hereby entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: April 1, 2025

_____
RICHARD SEEBORG
Chief United States District Judge